No. 72–782. GATEWAY COAL Co. *v.* UNITED MINE WORKERS OF AMERICA ET AL. C. A. 3d Cir. [Certiorari granted, 410 U. S. 953.] Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* in support of petitioner granted.

No. 72–1118. PHILLIPS, ACTING DIRECTOR, OFFICE OF ECONOMIC OPPORTUNITY, ET AL. *v.* KENNEDY ET AL. Appeal from D. C. N. D. Ill. [Probable jurisdiction noted, 411 U. S. 915.] Motion of Michael Kaye for leave to intervene and to file a brief on the merits denied.

No. 72–6773. SHAVER *v.* SANDELL ET AL. Justice Court, East Phoenix Precinct No. 2, Maricopa County, Arizona. Motion of petitioner to expedite denied.

No. 72–6551. LEWIS *v.* UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 72–6553. DIXON *v.* YOUNG, U. S. DISTRICT JUDGE. Motion of petitioner to add Harry Friberg et al. as parties respondent granted. Motion for leave to file petition for writ of mandamus denied.

No. 72–1180. OLD DOMINION BRANCH No. 496, NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL–CIO, ET AL. *v.* AUSTIN ET AL. Appeal from Sup. Ct. Va. Probable jurisdiction noted and case set for oral argument with No. 72–617 [*Gertz* v. *Robert Welch, Inc.,* certiorari granted, 410 U. S. 925].